

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2022

No. 04-21-00394-CV

Adalgiza **GARCIA**,
Appellant

v.

Derly **MASCORRO**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-20-170
Honorable Orlando Rodriguez, Judge Presiding

# O R D E R

The reporter's record was originally due on October 18, 2021. Alma Garza, the court reporter responsible for preparing a portion of the record, has not filed that portion. On October 26, 2021, a deputy clerk of this court sent Ms. Garza a letter notifying her of the late record and requiring her to file the record by November 29, 2021. After Ms. Garza had not filed the record by that date, we ordered that she must file the portion of the reporter's record for which she is responsible by December 31, 2021. Ms. Garza did not file her portion of the record by December 31, 2021. On February 3, 2022, Ms. Garza contacted a deputy clerk of this court and advised the court that she had typed the record, but needed to clean it up and scan exhibits. She further advised that she intended to file her portion of the record on February 7, 2022. Ms. Garza did not file the record on February 7, 2022, and she has not responded to inquiries from deputy clerks after that date about the status of the record. To date, Ms. Garza has not filed the record or a notification of late record.

In light of the foregoing, it is **ORDERED** that Alma Garza file the portion of the reporter's record for which she is responsible **by March 11, 2022**. **No requests for extension of time to file the reporter's record will be granted. If the record is not received by such date, this court *will* issue an order directing Ms. Garza to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned for failing to file the record.**

**The clerk of this court is directed to serve a copy of this order on Ms. Garza by regular United States mail and by certified mail, return receipt required. The Clerk of this court is also directed to provide the trial court with a copy of this order.**

FILE COPY

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court